IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ALBERT NARRO,

    Applicant,

v.                                                                               CV 07-0998 JB/WPL

ROBERT ULIBARRI, WARDEN,
AND THE ATTORNEY GENERAL
OF THE STATE OF NEW MEXICO,

    Respondents.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** comes before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition ("PFRD"), filed May 14, 2008 (Doc. 17). The parties were notified that objections were due within ten days of service of the PFRD and that, if no objections were filed, no appellate review would be allowed. To this date, no objections have been filed.

**IT IS ORDERED** that: (i) the PFRD is adopted as an order of the Court; (ii) the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 by a Person in State Custody is denied; and (iii) this cause is dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE